*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Fort Washington Dental Lab,
Inc.
        Debtor(s)        Case No: 09−19301−bif
                              Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Bruce I. Fox , United States Bankruptcy Judge to consider:

Application to Employ Geri H. Gallagher & Michael W. Gallagher as Counsel for the Debtor Filed by Fort Washington Dental Lab, Inc. Represented by GERI H. GALLAGHER

    on: 1/4/10

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

                                                For The Court

                                                Timothy B. McGrath
                                                Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Jason                 Page 1 of 1                  Date Rcvd: Dec 22, 2009
Case: 09-19301               Form ID: 167                 Total Noticed: 8

The following entities were noticed by first class mail on Dec 24, 2009.
db         +Fort Washington Dental Lab, Inc.,    467 Pennsylvania Avenue,    Fort Washington, PA 19034-3496
11869153    Capital One,   P. O. Box 105474,    Atlanta, GA 30348-5474
11869154   +Citibank,    P. O. Box 6062,    Sioux Falls, SD 57117-6062
11869155   +Ivoclar Vivadent Inc.,    P. O. Box 1004,    Buffalo, NY 14240-1004
11869156   +Nobel Biocare USA LLC,    22715 Savi Ranch Parkway,    Yorba Linda, CA 92887-4609
11869157   +Prosthodontics Intermedica, PC,    467 Pennsylvania Avenue,    Suite 201,
             Fort Washington, PA 19034-3420
11869158   +Thomas J. Balshi,    467 Pennsylvania Avenue,    Suite 201,    Fort Washington, PA 19034-3420
11869159   +Univest National Bank & Trust Co.,    14 N. Main Street,    P. O. Box 64197,
             Souderton, PA 18964-0197

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 24, 2009**          Signature:  *Joseph Speetjens*