IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Fort Washington Dental Lab, Inc.   :   Chapter 11

    (Debtor)   :   Docket No.  09-19301 bif

SMALL BUSINESS STATEMENT OF OPERATIONS

See attached Statement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge information and belief.

Fort Washington Dental Lab, Inc.

  S/ Robert D. Winkelman
By:  Robert D. Winkelman, President