IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| FORT WASHINGTON DENTAL LAB, INC., | BANKRUPTCY NO. 09-19301 (BIF) |
| Debtor. | Objection Deadline: January 19, 2010<br>Hearing Date: February 10, 2010 at 11:00 a.m. |

NOTICE OFMOTION OF UNIVEST NATIONAL BANK AND TRUST COMPANY FOR AN ORDER PROHIBITING THE DEBTOR'S USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION UNDER 11 U.S.C. § 363(e)

Univest National Bank and Trust Company (the " Bank"), has filed the *Motion of Univest National Bank and Trust Company for an Order Prohibiting the Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c) or in the Alternative for Adequate Protection Under 11 U.S.C. § 363(e).*

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before January 19, 2010, you or your attorney must:

File with the court a written response explaining your position either by uploading a copy via the courts CM/ECF system or by mailing a copy to:

U.S. Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Kevin P. Callahan
United States Trustee, Dept. of Justice
833 Chestnut Street, Ste. 500
Philadelphia, PA 19107

William Hinchman
1835 Market Street, Suite 1400

PHIL1 901144-1

    Philadelphia, PA 19103

    If you file a timely response, a hearing will be held on the motion on February 10, 2010, at 11:00 a.m. in Courtroom 2, United States Bankruptcy Court for the Eastern District of Pennsylvania at 900 Market Street, Philadelphia, PA 19107.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: January 4, 2010      KLEHR HARRISON HARVEY
                                        BRANZBURG LLP

                                        BY:  /s/ William R. Hinchman
                                        William R. Hinchman
                                        1835 Market Street, Suite 1400
                                        Philadelphia, PA  19103
                                        Telephone: (215) 569-2796
                                        Facsimile:  (215) 568-6603

                                        Attorney for Univest National Bank and Trust Company

PHIL1 901144-1