IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| FORT WASHINGTON DENTAL LAB, INC., | : | BANKRUPTCY NO. 09-19301 (BIF) |
| | : | |
| Debtor. | : | |

ORDER

AND NOW, this _____ day of January, 2010, upon consideration of the motion of Univest National Bank and Trust Company (the "Bank") pursuant to 11 U.S.C. § 363(c) and any objections or responses to the relief requested therein, and after notice and an opportunity for hearing, and good cause appearing for the relief requested in the motion, it is hereby

ORDERED, pursuant to 11 U.S.C. § 363(c), that the motion be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that the Debtor be and hereby is prohibited from using the Bank's cash collateral pending the entry of a further order of this Court.

BRUCE I FOX,
UNITED STATES BANKRUTPCY JUDGE

Copies to:

William Hinchman
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103

Geri H. Gallagher
P.O. Box 64
Fairview Village, PA 19409-0064

Michael W. Gallagher
628 Germantown Pike
Lafayette Hill, PA 19444

Kevin P. Callahan
United States Trustee, Dept. of Justice
833 Chestnut Street, Ste. 500
Philadelphia, PA 19107