IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| FORT WASHINGTON DENTAL LAB, INC., | BANKRUPTCY NO. 09-19301 (BIF) |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of January, 2010, she caused a true and correct copy of the foregoing Motion of Univest National Bank and Trust Company for an Order Prohibiting Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. § 363(b) or in the Alternative For Adequate Protection under 11 U.S.C. § 363(e) via the courts CM/ECF system or U.S. first class mail if the party was not a CM/ECF participant upon the following:

Geri H. Gallagher
P.O. Box 64
Fairview Village, PA 19409-0064

Michael W. Gallagher
628 Germantown Pike
Lafayette Hill, PA 19444

Kevin P. Callahan
United States Trustee, Dept. of Justice
833 Chestnut Street, Ste. 500
Philadelphia, PA 19107

Joseph W. Kots
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street - Room 203
Reading, PA 19602-1184

    /s/ Kathryn F. Evans Esq.
Kathryn F. Evans Esq.
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 400-2850

PHIL1 901128-1

Facsimile: (215) 568-6603