IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Fort Washington Dental Lab, Inc. | : | Chapter 11 |
| (Debtor) | : | Docket No.  09-19301 bif |

DEBTOR'S ANSWER TO ACTING UNITED STATES TRUSTEE'S
MOTION TO CONVERT OR DISMISS CASE

Debtor, Fort Washington Dental Lab, Inc. answers the Acting United States Trustee's Motion to Convert or Dismiss Case as follows:

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted.

5.  Admitted and denied.  Debtor has submitted a report to the United States Trustee.  Debtor is endeavoring to complete the monthly reports that are due and will have them submitted and filed prior to the time of hearing.

6.  Denied.  To the contrary, all fees due have been paid.

7.  Denied.  Debtor is able and willing to file a plan of reorganization, should that prove necessary  By way of further answer, Debtor has filed a motion to voluntarily dismiss this case, which, if granted would eliminate the need for the filing of a Plan.

8.  Denied.

WHEREFORE, Debtor respectfully requests that the Acting United States Trustee's Motion be denied.

IN THE ALTERNATIVE, the Debtor respectfully requests that this Court enter an

Order dismissing the instant case, in the form proposed in and attached to Debtor's pending Motion to Dismiss.

 S/ Geri H. Gallagher
Geri H. Gallagher, Esquire
P.O. Box 64
Fairview Village, PA 19409
(610) 635-0134