IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Fort Washington Dental Lab, Inc.  :  Chapter 11

(Debtor)  :  Docket No.  09-19301 bif

ORDER

AND NOW, this ____ day of _____, 2010, upon consideration of the Acting United States Trustee's Motion to Dismiss, and Debtor's response, it is hereby

ORDERED AND DECREED that the Motion is denied.

_____
Honorable Bruce I. Fox
Bankruptcy Judge.