IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: Fort Washington Dental Lab, Inc. | : | Chapter 11 |
|  | : |  |
| (Debtor) | : | Docket No.  09-19301 bif |
|  | : |  |
|  | : |  |

ORDER

AND NOW, this        day of April, 2010, upon consideration of the Debtor's
Motion to Dismiss Chapter 11 Bankruptcy, it is hereby

ORDERED AND DECREED that the Motion is granted and this case is hereby
dismissed.

BY THE COURT:


_____
Honorable Bruce I. Fox
United States Bankruptcy Judge