IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FORT WASHINGTON DENTAL LAB, INC. | : | |
| | : | |
| Debtor | : | Bankruptcy No.: 09-19301 (BIF) |

**JUDGMENT ORDER DISMISSING CASE**

AND NOW, upon consideration of the Acting United States Trustee's Motion to Dismiss and the Debtor's response, if any, it is now, therefore,

ORDERED as follows:

Judgment in accordance with FRBP 9021 is entered in favor of the Acting United States Trustee against the Debtor in the principal sum of $ _5525_, being the minimum amount of the accrued but unpaid fees due to the Acting United States Trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER ORDERED that the Acting United States Trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_____
HONORABLE BRUCE I. FOX
United States Bankruptcy Judge